O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROUSSARD, | CASE NO. CV 13-00335 R (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, ET AL., | |
| Respondent. | |

This matter came before the Court on the Petition of CHRISTOPHER BROUSSARD, for a writ of habeas corpus. On June 28, 2013, the Court found the petition subject to dismissal as "mixed" but gave Petitioner leave to file an amended petition omitting the facially unexhausted claim (Claim 3). Petitioner did not do so. He filed an amended petition, on July 23, but it remains "mixed," in that Petitioner still indicates that Claim 3 has not been exhausted. Accordingly,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 1, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE